# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
     PELVIC REPAIR SYSTEM                     MDL NO. 2326
     PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO
*Guffey, et al. v. Boston Scientific Corporation, et al.*           *2:13-cv-31286*

## MEMORANDUM OPINION AND ORDER

On December 9, 2019, the court ordered that plaintiffs' and defendant's counsel in this case appear for a Status Conference on January 31, 2020. [ECF No. 25]. At the Status Conference on January 31, 2020, plaintiffs' counsel did not appear as required by my Order. As a result, the court entered a Show Cause Order on January 31, 2020, directing that plaintiffs show cause on or before February 14, 2020, why their case should not be dismissed with prejudice pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure. [ECF No. 26]. Plaintiff have not respond to the Show Cause Order as directed.

The court **ORDERS**, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that this case is dismissed with prejudice and stricken from the docket for failure to attend the Status Conference and for failure to show cause.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record.

ENTER:      February 18, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE